IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHON DEJON ALEXANDER,<br><br>Plaintiff,<br><br>v.<br><br>P. KUPPINGER, et al.,<br><br>Defendants. | No. 2:19-CV-2073-WBS-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Defendants' request, ECF No. 25, to opt-out of the Court's early settlement program, the settlement conference set before Magistrate Judge Jeremy D. Peterson on September 8, 2021, is vacated. The Clerk of the Court is directed to terminate ECF No. 25 as a pending motions. By separate order, the Court will set an initial schedule for this litigation.

IT IS SO ORDERED.

Dated: July 26, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1