**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

STEPHON DEJON ALEXANDER,

   Plaintiff,

  v.

P. KUPPINGER, et al.,

   Defendants.

No.  2:19-CV-2073-WBS-DMC-P

ORDER

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendants' first motion, ECF No. 29, for modification of the Court's July 26, 2021, scheduling order.  Good cause appearing therefore, Defendants' request for an extension of the time within which to serve discovery is granted.  Both parties may conduct discovery until February 4, 2022, consistent with the provisions of the Court's July 26, 2021, order.  All dispositive motions shall be filed within 90 days after the new discovery deadline.

   IT IS SO ORDERED.

Dated:  December 8, 2021

           DENNIS M. COTA
           UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28