**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHON DEJON ALEXANDER, | No. 2:19-CV-2073-WBS-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| P. KUPPINGER, et al., | |
| Defendants. | |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

   On August 8, 2022, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

   The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 8, 2022, are adopted in full;

2. Defendants' motion for summary judgment, ECF No. 31, is granted;

3. This action is dismissed for failure to exhaust administrative remedies prior to filing suit;

4. All other pending motions, ECF Nos. 36 and 41, are denied as moot; and

5. The Clerk of the Court is directed to enter judgment and close this file.

Dated:  October 4, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE